**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BILL ROSS, ) <br> ) <br> Defendant. ) | 2:09-CR-384-HDM (LRL) |

**AMENDED ORDER OF FORFEITURE**

This Court found on March 24, 2010, that BILL ROSS shall pay a criminal forfeiture money judgment of $11,486.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 28, United States Code, Section 853.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from BILL ROSS a criminal forfeiture money judgment in the amount of $11,486.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 28, United States Code, Section 853.

DATED this __24th__ day of __September__, 2010.

*Howard D. McKibben*

UNITED STATES DISTRICT JUDGE